**Ronald G. JOHNSON, Defendant Below–appellant,**

v.

**STATE of Delaware, Plaintiff Below–appellee.**

No. 525, 2015

Supreme Court of Delaware.

Submitted: April 5, 2016

Decided: May 23, 2016

AFFIRMED.